**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**MARTRICE HERRINGTON, MARCHEA HERRINGTON, and REGINALD HUNTER,**

*Plaintiffs,*

v.

**THE BOARD OF REGENTS FOR THE STATE UNIVERSITY SYSTEM OF GEORGIA, et al.,**

*Defendants.*

Case No.: 1:23-cv-04869-SEG

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MARTRICE HERRINGTON, MARCHEA HERRINGTON, and REGINALD HUNTER hereby give notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 1, 2024

John A. Moore (Ga. Bar No. 519792)
**THE MOORE LAW GROUP, LLC**
1745 Martin Luther King Jr. Dr.
Atlanta, Georgia 30314
(678) 288-5600 Telephone
(888) 726-4355 Facsimile

Counsel for Plaintiffs